IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE SELDOMRIDGE, Individually and d/b/a ERICOR METALS, INC., an Illinois corporation not in good standing<br><br>Defendants. | No. 09 C 5478<br><br>Judge Castillo<br><br>Magistrate Judge Keys |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiff states as follows:

1. Suit was filed on September 3, 2009 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon EUGENE SELDOMRIDGE, Individually and d/b/a ERICOR METALS, INC., an Illinois corporation not in good standing was made on the Defendant, by substitute service on Patty Soto, Office Manager, on September 29, 2009, and a copy of the proof of service was filed with the court on September 30, 2009.

3. On October 23, 2009 this Court entered an default as to liability against the Defendant for failure to timely appear, answer or otherwise plead.

4. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

    $13,247.64 Pension
      $925.00 Attorneys fees
      $428.00 Court costs
    $14,600.64

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, EUGENE SELDOMRIDGE, Individually and d/b/a ERICOR METALS, INC. an Illinois corporation not in good standing, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $14,600.64.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
    OF NORTHERN ILLINOIS WELFARE AND
    PENSION FUNDS

    s/John J. Toomey
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: October 27, 2009